**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**District of Maine**

Case number (if known): _____     Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | **Portland Hunt & Alpine Club LLC** |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as names* | **Hunt & Alpine** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **4 6 – 2 4 4 6 6 3 1** |

**4. Debtor's address**

**Principal place of business**

**75 Market St**
Number        Street

**Portland, ME 04101**
City                          State      ZIP Code

**Cumberland**
County

**Mailing address, if different from principal place of business**

Number        Street

City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                          State      ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | **https://www.huntandalpineclub.com/** |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Portland Hunt & Alpine Club LLC**                                  Case number *(if known)* _____
                    Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

A. *Check one:*

❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❏ Railroad (as defined in 11 U.S.C. §101(44))

❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❏ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

❏ Tax-exempt entity (as described in 26 U.S.C. §501)

❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
**7  2  2  5**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❏ Chapter 7

❏ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ❏ A plan is being filed with this petition.

  ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❏ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

❏ Yes.  District _____  When _____ Case number _____
                                              MM / DD / YYYY

         District _____  When _____ Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

❏ Yes.  Debtor _____                    Relationship _____

         District _____                    When _____
                                                         MM / DD / YYYY

         Case number, if known _____

Debtor    **Portland Hunt & Alpine Club LLC**                                  Case number *(if known)*
                Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>　　　　　　　　Number　　　Street<br><br>_____<br>City　　　　　　　　　State　　ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes.   Insurance agency _____<br>　　　　　Contact name _____<br>　　　　　Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49　☐ 50-99　　☐ 1,000-5,000　☐ 5,001-10,000　　☐ 25,001-50,000　☐ 50,000-100,000<br>☐ 100-199　☐ 200-999　☐ 10,001-25,000　　☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000　　　　☐ $1,000,001-$10 million　　☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　　☐ $10,000,001-$50 million　　☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000　☐ $50,000,001-$100 million　☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　☐ $100,000,001-$500 million　☐ More than $50 billion |

Debtor  **Portland Hunt & Alpine Club LLC**                        Case number *(if known)* _____
        Name

| 16. Estimated liabilities | ❏ $0-$50,000 | ☑ $1,000,001-$10 million | ❏ $500,000,001-$1 billion |
|---|---|---|---|
| | ❏ $50,001-$100,000 | ❏ $10,000,001-$50 million | ❏ $1,000,000,001-$10 billion |
| | ❏ $100,001-$500,000 | ❏ $50,000,001-$100 million | ❏ $10,000,000,001-$50 billion |
| | ❏ $500,001-$1 million | ❏ $100,000,001-$500 million | ❏ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **03/12/2026**
             MM/  DD/  YYYY

**X** **/s/ Andrew M. Volk**                              **Andrew M. Volk**
   Signature of authorized representative of debtor          Printed name

Title _____ **Member** _____

**18. Signature of attorney**

**X** _____ **/s/ Tanya Sambatakos** _____     Date  **03/12/2026**
   Signature of attorney for debtor                                 MM/  DD/  YYYY

**Tanya Sambatakos**
Printed name

**Molleur Law Office**
Firm name

**190 Main St., 3rd Fl**
Number        Street

**Saco**                          **ME**        **04072**
City                              State        ZIP Code

_____                   **tanya@molleurlaw.com**
Contact phone                     Email address

**10069**                         **ME**
Bar number                        State

**Fill in this information to identify the case:**

Debtor name          **Portland Hunt & Alpine Club LLC**

United States Bankruptcy Court for the:

**District of Maine**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim: If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | U.S. Small Business Administration<br>2 North Street Ste. 320<br>Birmingham, AL 35203 | Juan.Romero-Sanchez@sba.gov | SBA EIDL Loan | | | | $492,130.12 |
| 2 | U.S. Small Business Administration<br>2 North Street Ste. 320<br>Birmingham, AL 35203 | Juan.Romero-Sanchez@sba.gov | SBA Disaster Loan | | | | $370,010.25 |
| 3 | Fox Business Funding<br>803 S 21st Ave.<br>Hollywood, FL 33020 | ozzy@foxbusinessfunding.com | Business loan | Disputed | | | $75,833.25 |
| 4 | Forward Financing<br>53 State Street 20 Floor<br>Boston, MA 02109 | mdelvecchio@forwardfinancing.com | Business loan | Disputed | | | $75,189.00 |
| 5 | Lightspeed Capital<br>225 Dyer Street<br>Providence, RI 02903 | capital@lightspeedhq.com | Business loan | Disputed | | | $49,709.96 |
| 6 | Headway Capital, LLC<br>175 W. Jackson Blvd. Suite 1000<br>Chicago, IL 60604 | support@headwaycapital.com | Line of Credit | Disputed | | | $43,490.21 |
| 7 | Chase Bank<br>P.O. Box 15123<br>Wilmington, DE 19850 | customerservice@chase.com | Credit Card | | | | $22,708.48 |
| 8 | Citi<br>PO Box 6004<br>Sioux Falls, SD 57117-6004 | customerservice.commcards@citi.com | Credit Card | | | | $21,353.78 |

Debtor   **Portland Hunt & Alpine Club LLC**                    Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bangor Savings Bank  PO Box 930  Bangor, ME 04402 | mark.judge@bangor.com | Line of Credit | | $50,000.00 | $30,368.39 | $19,631.61 |
| United First, LLC  2999 NE 191st Street  Unit 901  Miami, FL 33180 | kaminski@ufcapitalexperts.com | Business loan | Disputed | | | $18,114.00 |
| Capfront, LLC  210 Old Country Road  Suite 101  Mineola, NY 11501 | alvirahman@specialtycapital.com | Business loan | Disputed | | | $17,477.56 |
| American Express  PO Box 981535  El Paso, TX 79998-1535 | americanexpress@email.americanexpress.com | Credit Card | | | | $16,573.39 |
| Capital One Business  PO Box 30285  Salt Lake City, UT 84130-0285 | support@capitalone.com | Credit Card | | | | $10,120.62 |
| EG Mechanical LLC  41 Spear Rd  Standish, ME 04084 | info@egimech.com | Business Debt | | | | $9,782.99 |
| M.R. Brewer  91 Bell St  Portland, ME 04103 | patricia@mrbrewer.com | Business Debt | | | | $9,036.98 |
| Baldor Specialty Foods  155 Food Center Dr.  Bronx, NY 10474 | Lisa@baldorfood.com | Business Debt | | | | $8,093.83 |
| Chase Bank  P.O. Box 15123  Wilmington, DE 19850 | chasesupport@chase.com | Credit Card | | | | $6,020.65 |
| Giggle Finance  3250 NE 1st Ave Unit 305  Miami, FL 33137 | help@gigglefinance.com | Business Debt | | | | $5,180.00 |
| Bangor Savings Bank  PO Box 930  Bangor, ME 04402 | mark.judge@bangor.com | Overdraft | | | | $5,000.00 |
| State of Maine Bureau of Revenue Services  Compliance Division  PO Box 9107  Augusta, ME 04332-9107 | John.Burke@maine.gov | Sales Tax | | | | $4,200.00 |

Fill in this information to identify the case:

Debtor name        **Portland Hunt & Alpine Club LLC**

United States Bankruptcy Court for the:

**District of Maine**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          **12/15**

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*..................................................................................................................... | **$0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................................. | **$33,868.39**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................................... | **$33,868.39**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$50,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................................... | **$4,200.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................................... | **+     $1,264,613.06**

4. **Total liabilities**.......................................................................................................................................... | **$1,318,813.06**
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor Name   **Portland Hunt & Alpine Club LLC**

United States Bankruptcy Court for the: District of   **Maine**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**                                                                 **$1,300.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Bangor Savings Bank (operating account)** | **Checking account** | **9 4 2 4** | **$8,031.53** |
| 3.2. **Bangor Savings Bank (payroll account)** | **Checking account** | **5 6 6 7** | **$361.81** |
| 3.3. **Bangor Savings Bank (rainy day account)** | **Checking account** | **0 9 1 1** | **$1,000.00** |
| 3.4. **Bangor Savings Bank (sales tax account)** | **Checking account** | **8 6 7** | **$1,875.05** |

4. **Other cash equivalents** *(Identify all)*

| 4.1 **Paypal Account** | **$0.00** |
| --- | --- |
| 4.2 **Shopify Clearing Account** | **$0.00** |

5. **Total of Part 1**                                                              **$12,568.39**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

Debtor    **Portland Hunt & Alpine Club LLC**                                Case number *(if known)* _____

          Name

|  |  | **Current value of debtor's interest** |
|---|---|---|

**7.**   **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1   **Wholly Cow LLC** ................................................................................ **$3,500.00**

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1   _____   _____

8.2   _____   _____

**9.**   **Total of Part 2**                                                                    | **$3,500.00** |

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10.**   **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**11.**   **Accounts receivable**

11a. 90 days old or less:   _____  -  _____  =.....➡    _____
                           face amount          doubtful or uncollectible accounts

11b. Over 90 days old:      _____  -  _____  =.....➡    _____
                           face amount          doubtful or uncollectible accounts

**12.**   **Total of Part 3**                                                                  | _____ |

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13.**   **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.**   **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1   _____   _____   _____

14.2   _____   _____   _____

**15.**   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                          % of
                                                         ownership:

Debtor    **Portland Hunt & Alpine Club LLC**                                    Case number *(if known)* _____
          Name

15.1. _____    _____    _____    _____

15.2. _____    _____    _____    _____

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____    _____    _____

16.2 _____    _____    _____

17.  **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                            [ _____ ]

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM / DD / YYYY | | | |
| **20. Work in progress** | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| Beer/Wine/Liquor Inventory | MM / DD / YYYY | unknown | | unknown |
| Food Inventory | MM / DD / YYYY | unknown | | $0.00 |
| Retail Inventory | MM / DD / YYYY | unknown | cost | $1,800.00 |

23.  **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                            [ _____ $1,800.00 ]

24.  **Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

Debtor   **Portland Hunt & Alpine Club LLC**                    Case number *(if known)* _____

Name

---

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ❑ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ❑ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ❑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ❑ No

    ❑ Yes. Is any of the debtor's property stored at the cooperative?

      ❑ No

      ❑ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ❑ No

    ❑ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ❑ No

    ❑ Yes

---

Debtor     **Portland Hunt & Alpine Club LLC**                          Case number *(if known)* _____
    Name

---

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **Bar Furnishings** | **unknown** | | **$4,000.00** |
| **40. Office fixtures** | | | |
| | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Restaurant Smallwares, including bar tools, plates, glasses, shelving,** | **unknown** | | **$2,000.00** |
| **office equipment, including printer, sound system, security cameras, routers, iPads, and POS system** | **unknown** | | **$3,000.00** |
| **Kitchen Equipment** | **unknown** | | **$7,000.00** |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

    42.1 _____

    42.2 _____

    42.3 _____

43. **Total of Part 7**                                                                              **$16,000.00**
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

### Part 8: Machinery, equipment, and vehicles

---

Debtor **Portland Hunt & Alpine Club LLC** _____     Case number *(if known)* _____
　　　Name

---

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | _____ | _____ | _____ |

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

| _____ |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

### Part 9:　Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

---

Debtor   **Portland Hunt & Alpine Club LLC**

Name

Case number *(if known)* _____

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  **lease for 75 Market St, Suite 102, Portland, ME 04101** | **Lease** | **unknown** | | **unknown** |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations**<br>customer list | **unknown** | | **unknown** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

Debtor   **Portland Hunt & Alpine Club LLC**                                    Case number *(if known)* _____
          Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71. **Notes receivable**

   Description (include name of obligor)

   _____  _____  –  _____  = ➔  _____
                            Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____  Tax year _____  _____
   _____  Tax year _____  _____
   _____  Tax year _____  _____

73. **Interests in insurance policies or annuities**

   | | |
   | --- | --- |
   | **Commercial Liability Policy - Mount Vernon Fire Insurance Company** | **$0.00** |
   | **Umbrella Policy - United States Liability Insurance Company** | **$0.00** |
   | **Workers Compensation Insurance - MEMIC** | **$0.00** |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   | | |
   | --- | --- |
   | **named class member for sugar anti-trust litigation** | **unknown** |

   **Nature of claim**   _____

   **Amount requested**   _____  **unknown**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

---

Debtor   **Portland Hunt & Alpine Club LLC**                          Case number *(if known)* _____
_____
Name

**Nature of claim**   _____

**Amount requested**   _____

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season
     tickets, country club membership

78.  **Total of Part 11**                                                                          $0.00
     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $12,568.39 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,800.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $16,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.* ➜ | | unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column* ...........91a. | $33,868.39 | + 91b. _____ |

92.  **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................   $33,868.39

Fill in this information to identify the case:

Debtor name **Portland Hunt & Alpine Club LLC**

United States Bankruptcy Court for the: District of **Maine**
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

**1.    Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.    **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** **Creditor's name**

**Bangor Savings Bank**

**Creditor's mailing address**

**PO Box 930**

**Bangor, ME 04402**

**Creditor's email address, if known**

**mark.judge@bangor.com**

**Date debt was incurred**     **03/20/2018**

**Last 4 digits of account number**     **1 8 4 9**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**

Bar Furnishings, office equipment, including printer, sound system, security cameras, routers, iPads, and POS system, Retail Inventory, Kitchen Equipment, Cash, Restaurant Smallwares, including bar tools, plates, glasses, shelving, , Bangor Savings Bank (operating account), Bangor Savings Bank (payroll account), Bangor Savings Bank (rainy day account), Bangor Savings Bank (sales tax account)

**Describe the lien**

**Line of Credit**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | $50,000.00 | $30,368.39 |
| --- | --- | --- |

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          **$50,000.00**

Fill in this information to identify the case:

Debtor name **Portland Hunt & Alpine Club LLC**

United States Bankruptcy Court for the:

**District of Maine**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**

Andrew M. Volk

35 Hammond St Apt 3

Portland, ME 04101

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **unknown**    Priority amount: **unknown**

**2.2** **Priority creditor's name and mailing address**

Autumn Poulin

51 Cole St 1

South Portland, ME 04106

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **unknown**    Priority amount: **unknown**

Debtor   **Portland Hunt & Alpine Club LLC**                         Case number *(if known)* _____
    Name

## Part 1:   Additional Page

| 2.3 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown | unknown |
|---|---|---|---|---|

**2.3 Priority creditor's name and mailing address**

**Blake Foster**

**38 Glenhaven Rd E**

**Portland, ME 04102**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown        unknown

---

**2.4 Priority creditor's name and mailing address**

**Emily Taylor**

**211 State St**

**Portland, ME 04101**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown        unknown

---

**2.5 Priority creditor's name and mailing address**

**Emily Wall**

**92 Clark Street**

**Portland, ME 04102**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown        unknown

Debtor    **Portland Hunt & Alpine Club LLC**                                    Case number *(if known)* _____
      Name

## Part 1:  Additional Page

| 2.6 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown | unknown |
|---|---|---|---|---|

**2.6**

**Priority creditor's name and mailing address**

Eva Kobylar

5 Washington Street

Biddeford, ME 04005

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown    unknown

---

**2.7**

**Priority creditor's name and mailing address**

Internal Revenue Service

P.O. Box 7346

Philadelphia, PA 19101

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

$0.00    $0.00

---

**2.8**

**Priority creditor's name and mailing address**

Meaghan Chandonnet

10 Morgan Ct

Portland, ME 04103

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown    unknown

Debtor    **Portland Hunt & Alpine Club LLC**                                    Case number *(if known)*
          Name

---

| Part 1: | Additional Page |
| --- | --- |

**2.9** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** | **unknown**

**Noel Ellorin**

**37 Emery St**

**Biddeford, ME 04005**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account**

**number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

**2.10** **Priority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **unknown**          **unknown**

**Quinn Williams**

**12 Smith Street**

**Portland, ME 04101**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account**

**number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

**2.11** **Priority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **unknown**          **unknown**

**Russell Burton**

**72 Thompson St**

**South Portland, ME 04101**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account**

**number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

Debtor  **Portland Hunt & Alpine Club LLC**                                          Case number *(if known)* _____

Name

---

**Part 1:** Additional Page

---

**2.12** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,200.00** | **$4,200.00**

**State of Maine Bureau of Revenue Services**

**Compliance Division**

**PO Box 9107**

**Augusta, ME 04332-9107**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
**December, 2025**

**Basis for the Claim:**
**Sales Tax**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

---

**2.13** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | **unknown** | **unknown**

**Will Ferguson**

**91 Congress Street**

**Portland, ME 04101**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the Claim:**
_____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

Debtor  **Portland Hunt & Alpine Club LLC**                                    Case number *(if known)* _____

      Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**

**American Express**

**PO Box 981535**

**El Paso, TX 79998-1535**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   **7  1  1  0**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Line of Credit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$1,217.06**

---

**3.2** **Nonpriority creditor's name and mailing address**

**American Express**

**PO Box 981535**

**El Paso, TX 79998-1535**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Credit Card**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$16,573.39**

---

**3.3** **Nonpriority creditor's name and mailing address**

**Baldor Specialty Foods**

**155 Food Center Dr.**

**Bronx, NY 10474**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Business Debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$8,093.83**

---

**3.4** **Nonpriority creditor's name and mailing address**

**Bangor Savings Bank**

**PO Box 930**

**Bangor, ME 04402**

**Date or dates debt was incurred** **01/23/2014**

**Last 4 digits of account number**   **9  4  2  4**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Overdraft**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$5,000.00**

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 6 of 13

Debtor   **Portland Hunt & Alpine Club LLC**                                Case number *(if known)* _____
Name

| Part 2: | Additional Page |
|---|---|

**3.5** **Nonpriority creditor's name and mailing address**

**Capfront, LLC**

**210 Old Country Road Suite 101**

**Mineola, NY 11501**

Date or dates debt was incurred   **7/1/2025**

Last 4 digits of account number   **7  4  3  6**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
☑ Disputed

**Basis for the claim:** **Business loan**

**Is the claim subject to offset?**
☑ No
❏ Yes

$17,477.56

---

**3.6** **Nonpriority creditor's name and mailing address**

**Capital One Business**

**PO Box 30285**

**Salt Lake City, UT 84130-0285**

Date or dates debt was incurred   _____

Last 4 digits of account number   **4  3  5  5**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** **Credit Card**

**Is the claim subject to offset?**
☑ No
❏ Yes

$10,120.62

---

**3.7** **Nonpriority creditor's name and mailing address**

**Chase Bank**

**P.O. Box 15123**

**Wilmington, DE 19850**

Date or dates debt was incurred   _____

Last 4 digits of account number   **6  3  6  8**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** **Credit Card**

**Is the claim subject to offset?**
☑ No
❏ Yes

$22,708.48

---

**3.8** **Nonpriority creditor's name and mailing address**

**Chase Bank**

**P.O. Box 15123**

**Wilmington, DE 19850**

Date or dates debt was incurred   _____

Last 4 digits of account number   **8  8  5  2**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** **Credit Card**

**Is the claim subject to offset?**
☑ No
❏ Yes

$6,020.65

---

Debtor    **Portland Hunt & Alpine Club LLC**                                      Case number *(if known)* _____
      Name

---

| Part 2: | Additional Page |
| --- | --- |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $603.65 |
| --- | --- | --- | --- |

**3.9** **Nonpriority creditor's name and mailing address**

**Chef's Warehouse**

**PO Box 22264**

**New York, NY 10087**

Date or dates debt was incurred  _____

Last 4 digits of account number  — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Business Debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$603.65**

---

**3.10** **Nonpriority creditor's name and mailing address**

**Citi**

**PO Box 6004**

**Sioux Falls, SD 57117-6004**

Date or dates debt was incurred  _____

Last 4 digits of account number  **9   8   9   4**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Credit Card**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$21,353.78**

---

**3.11** **Nonpriority creditor's name and mailing address**

**EG Mechanical LLC**

**41 Spear Rd**

**Standish, ME 04084**

Date or dates debt was incurred  _____

Last 4 digits of account number  — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Business Debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$9,782.99**

---

**3.12** **Nonpriority creditor's name and mailing address**

**Forward Financing**

**53 State Street 20 Floor**

**Boston, MA 02109**

Date or dates debt was incurred  **10/20/2025**

Last 4 digits of account number  — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☑ Disputed

**Basis for the claim:** **Business loan**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$75,189.00**

---

Debtor    **Portland Hunt & Alpine Club LLC**                              Case number *(if known)* _____
          Name

---

| Part 2: | Additional Page |
|---|---|

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $75,833.25 |
|---|---|---|---|
| | **Fox Business Funding** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **803 S 21st Ave.** | ☐ Unliquidated | |
| | **Hollywood, FL 33020** | ☑ Disputed | |
| | | **Basis for the claim: Business loan** | |
| | Date or dates debt was incurred **12/18/2025** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes | |
| | Remarks: merchant cash advance lender filed UCC-1 but unsecured by value of assets | | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,180.00 |
|---|---|---|---|
| | **Giggle Finance** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **3250 NE 1st Ave Unit 305** | ☐ Unliquidated | |
| | **Miami, FL 33137** | ☐ Disputed | |
| | | **Basis for the claim: Business Debt** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $43,490.21 |
|---|---|---|---|
| | **Headway Capital, LLC** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **175 W. Jackson Blvd. Suite 1000** | ☐ Unliquidated | |
| | **Chicago, IL 60604** | ☑ Disputed | |
| | | **Basis for the claim: Line of Credit** | |
| | Date or dates debt was incurred **02/15/2024** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,479.21 |
|---|---|---|---|
| | **Image First Maine** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **PO Box 830460** | ☐ Unliquidated | |
| | **Philadelphia, PA 19182** | ☐ Disputed | |
| | | **Basis for the claim: Business Debt** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes | |

Debtor   **Portland Hunt & Alpine Club LLC**                         Case number *(if known)* _____
     Name

**Part 2:**   Additional Page

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$49,709.96** |
|---|---|---|---|

**Lightspeed Capital**

**225 Dyer Street**

**Providence, RI 02903**

❑ Contingent
❑ Unliquidated
☑ Disputed

**Basis for the claim:  Business loan**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,036.98** |
|---|---|---|---|

**M.R. Brewer**

**91 Bell St**

**Portland, ME 04103**

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Business Debt**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,626.57** |
|---|---|---|---|

**Table 6 Designs**

**90 Bridge St Suite 2178**

**Westbrook, ME 04092**

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Business Debt**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,861.50** |
|---|---|---|---|

**Taylor, McCormick & Frame**

**267 Commercial Street**

**Portland, ME 04101**

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Business Debt**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor   **Portland Hunt & Alpine Club LLC**

Name

Case number *(if known)* _____

## Part 2: Additional Page

---

**3.21**

**Nonpriority creditor's name and mailing address**

**U.S. Small Business Administration**

**2 North Street Ste. 320**

**Birmingham, AL 35203**

**Date or dates debt was incurred**   **04/24/2024**

**Last 4 digits of account number**   __ __ __ __

**Remarks:** UCC-1 filed but unsupported by value of assets

**As of the petition filing date, the claim is:**   **$370,010.25**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **SBA Disaster Loan**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.22**

**Nonpriority creditor's name and mailing address**

**U.S. Small Business Administration**

**2 North Street Ste. 320**

**Birmingham, AL 35203**

**Date or dates debt was incurred**   **07/07/2020**

**Last 4 digits of account number**   __ __ __ __

**Remarks:** UCC-1 filed but unsupported by value of assets

**As of the petition filing date, the claim is:**   **$492,130.12**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **SBA EIDL Loan**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.23**

**Nonpriority creditor's name and mailing address**

**United First, LLC**

**2999 NE 191st Street Unit 901**

**Miami, FL 33180**

**Date or dates debt was incurred**   **12/29/2025**

**Last 4 digits of account number**   __ __ __ __

**Remarks:**
merchant cash advance lender filed UCC-1 but unsecured by
value of assets

**As of the petition filing date, the claim is:**   **$18,114.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☑ Disputed

**Basis for the claim:**  **Business loan**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor  **Portland Hunt & Alpine Club LLC**                    Case number *(if known)* _____
         Name

## Part 3:  List Others to Be Notified About Unsecured Claims

**4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **Office of the U.S. Attorney** **100 Middle Street, Suite 6** **Portland, ME 04101** | Line **2.7** ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor   **Portland Hunt & Alpine Club LLC**                                    Case number *(if known)* _____
         Name

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.   **Total claims from Part 1** | 5a. | **$4,200.00** |
| 5b.   **Total claims from Part 2** | 5b.  **+** | **$1,264,613.06** |
| 5c.   **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,268,813.06** |

Fill in this information to identify the case:

Debtor name **Portland Hunt & Alpine Club LLC**

United States Bankruptcy Court for the: District of **Maine**
(State)

Case number (If known): _____  Chapter **11**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** — **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**2.1**

| State what the contract or lease is for and the nature of the debtor's interest | Contract to be REJECTED | Image First Maine |
| State the term remaining | 0 months | PO Box 830460 |
| List the contract number of any government contract | | Philadelphia, PA 19182 |

**2.2**

| State what the contract or lease is for and the nature of the debtor's interest | Contract to be REJECTED | Lightspeed |
| State the term remaining | 0 months | 700 Saint-Antoine Street East Suite 300 |
| List the contract number of any government contract | | Montreal, Quebec, H27 1A6 Canada, |

**2.3**

| State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED | Toast, Inc. |
| State the term remaining | 0 months | 333 Summer Street |
| List the contract number of any government contract | | Boston, MA 02210 |

**2.4**

| State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED | Wholly Cow, LLC |
| State the term remaining | 30 months | 100 Commercial St |
| List the contract number of any government contract | | Portland, ME 04101 |

**2.5**

| State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

Official Form 206G  **Schedule G: Executory Contracts and Unexpired Leases**  page 1 of **1**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Portland Hunt & Alpine Club LLC** |
| United States Bankruptcy Court for the: District of | **Maine** |
| | (State) |
| Case number (If known): | |

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1** **Andrew M. Volk** | **35 Hammond St Apt 3**<br>Street<br><br>**Portland, ME 04101**<br>City　　　State　　　ZIP Code | **Chase Bank** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Chase Bank** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Capfront, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Citi** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Fox Business Funding** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Capital One Business** | ☐ D<br>☑ E/F<br>☐ G |
| | | **United First, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Bangor Savings Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | **American Express** | ☐ D<br>☑ E/F<br>☐ G |

Debtor   **Portland Hunt & Alpine Club LLC**          Case number (if known) _____
Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | | *Column 2:* **Creditor** | |
|---|---|---|---|---|---|
| | **Name** | **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.2 | **Timothy R. Volk** | **3160 Mt. Philo Rd** <br> Street <br><br> **Charlotte, VT 05445** <br> City   State   ZIP Code | | **Bangor Savings Bank** | ☑ D <br> ❑ E/F <br> ❑ G |
| 2.3 | _____ | Street <br><br> City   State   ZIP Code | | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.4 | _____ | Street <br><br> City   State   ZIP Code | | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.5 | _____ | Street <br><br> City   State   ZIP Code | | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.6 | _____ | Street <br><br> City   State   ZIP Code | | _____ | ❑ D <br> ❑ E/F <br> ❑ G |

Official Form 206H                    **Schedule H: Codebtors**                    page __2__ of __2__

Fill in this information to identify the case:

Debtor name            **Portland Hunt & Alpine Club LLC**

United States Bankruptcy Court for the:

**District of Maine**

Case number (if known): _____

❑ Check if this is an
amended filing

# Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   **04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:  Income

**1.   Gross revenue from business**

❑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>❑ Other _____ | **$133,733.38** |
| **For prior year:** | From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>❑ Other _____ | **$815,880.99** |
| **For the year before that:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>❑ Other _____ | **$1,265,767.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor **Portland Hunt & Alpine Club LLC**
　　　Name

Case number *(if known)* _____

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.　Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **United First, LLC** <br> Creditor's name <br> **2999 NE 191st Street Unit 901** <br> Street <br> <br> **Miami, FL 33180** <br> City　　　State　ZIP Code | **January 2026** <br><br> **February 2026** <br><br> **March 2026** | **$70,709.57** | ☑ Secured debt <br> ❑ Unsecured loan repayments <br> ❑ Suppliers or vendors <br> ❑ Services <br> ❑ Other _____ |
| 3.2. **Capfront, LLC** <br> Creditor's name <br> **210 Old Country Road Suite 101** <br> Street <br> <br> **Mineola, NY 11501** <br> City　　　State　ZIP Code | **January 2026** <br><br> **February 2026** | **$24,032.03** | ❑ Secured debt <br> ☑ Unsecured loan repayments <br> ❑ Suppliers or vendors <br> ❑ Services <br> ❑ Other _____ |
| 3.3. **Lightspeed Capital** <br> Creditor's name <br> **225 Dyer Street** <br> Street <br> <br> **Providence, RI 02903** <br> City　　　State　ZIP Code | **January 2026** <br><br> **February 2026** <br><br> **March 2026** | **$23,312.11** | ❑ Secured debt <br> ☑ Unsecured loan repayments <br> ❑ Suppliers or vendors <br> ❑ Services <br> ❑ Other _____ |
| 3.4. **Fox Business Funding** <br> Creditor's name <br> **803 S 21st Ave.** <br> Street <br> <br> **Hollywood, FL 33020** <br> City　　　State　ZIP Code | **January 2026** <br><br> **February 2026** <br><br> **March 2026** | **$35,366.85** | ❑ Secured debt <br> ☑ Unsecured loan repayments <br> ❑ Suppliers or vendors <br> ❑ Services <br> ❑ Other _____ |
| 3.5. **Headway Capital, LLC** <br> Creditor's name <br> **175 W. Jackson Blvd. Suite 1000** <br> Street <br> <br> **Chicago, IL 60604** <br> City　　　State　ZIP Code | **12/31/2025** <br><br> **02/02/2026** <br><br> **03/02/2026** | **$10,081.09** | ❑ Secured debt <br> ☑ Unsecured loan repayments <br> ❑ Suppliers or vendors <br> ❑ Services <br> ❑ Other _____ |

Debtor  **Portland Hunt & Alpine Club LLC**                                          Case number *(if known)* _____
_____Name_____

3.6.  **Forward Financing**          **January**          $27,850.00      ☐ Secured debt
Creditor's name                      **2026**                             ☑ Unsecured loan repayments
**53 State Street 20 Floor**                                             ☐ Suppliers or vendors
Street                               **February**                         ☐ Services
                                     **2026**                             ☐ Other _____
_____              **March 2026**
**Boston, MA 02109**
City              State   ZIP Code

---

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. |  |  |  |
| Creditor's name |  |  |  |
| Street |  |  |  |
| City                State   ZIP Code |  |  |  |
| **Relationship to debtor** |  |  |  |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. |  |  |  |
| Creditor's name |  |  |  |
| Street |  |  |  |
| City                State   ZIP Code |  |  |  |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

Debtor    **Portland Hunt & Alpine Club LLC**                                    Case number *(if known)*
          Name

| 6.1. | **Fox Business Funding** | **unauthorized payment** | **March 9, 2026** | **$2,000.00** |
|---|---|---|---|---|
| | Creditor's name | | | |
| | **803 S 21st Ave.** | XXXX– __ __ __ __ | | |
| | Street | | | |
| | **Hollywood, FL 33020** | | | |
| | City          State     ZIP Code | | | |

| 6.2. | **Headway Capital, LLC** | **unauthorized payment** | **March 9, 2026** | **$3,355.38** |
|---|---|---|---|---|
| | Creditor's name | | | |
| | **175 W. Jackson Blvd. Suite 1000** | XXXX– __ __ __ __ | | |
| | Street | | | |
| | **Chicago, IL 60604** | | | |
| | City          State     ZIP Code | | | |

| 6.3. | **United First, LLC** | **four unauthorized payments** | **March, 2026** | **$4,279.60** |
|---|---|---|---|---|
| | Creditor's name | | | |
| | **2999 NE 191st Street Unit 901** | XXXX– __ __ __ __ | | |
| | Street | | | |
| | **Miami, FL 33180** | | | |
| | City          State     ZIP Code | | | |

## Part 3:  Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

❏ None

| 7.1. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | **Portland Hunt & Alpine Club, LLC v. ASR Group International Inc., American Sugar Refining, Inc., et al** | **price fixing class action** | **Minnesota Federal District Court** <br> Name <br><br> Street <br><br> City          State     ZIP Code | ☑ Pending <br> ❏ On appeal <br> ❏ Concluded |
| | **Case number** | | | |
| | **24-md-03110** | | | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Debtor | **Portland Hunt & Alpine Club LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 8.1. | **Custodian's name and address** | **Description of the property** | **Value** |
|---|---|---|---|

Custodian's name

Street

City                State    ZIP Code

**Case title**

**Case number**

**Date of order or assignment**

**Court name and address**

Name

Street

City                State    ZIP Code

---

## Part 4:  Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|---|---|---|---|---|

Recipient's name

Street

City                State    ZIP Code

**Recipient's relationship to debtor**

---

## Part 5:  Certain Losses

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| **Description of the property lost and how the loss occurred** | **Amount of payments received for the loss** If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | **Date of loss** | **Value of property lost** |
|---|---|---|---|
| 10.1. | | | |

---

## Part 6:  Certain Payments or Transfers

**11.   Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❏ None

---

Official Form 207       **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**       page **5**

Debtor **Portland Hunt & Alpine Club LLC**                              Case number *(if known)*
Name

| 11.1. | **Who was paid or who received the transfer?** | **If not money, describe any property transferred** | **Dates** | **Total amount or value** |
|---|---|---|---|---|
| | **Molleur Law Office** | **attorneys fees and costs, including court filing fees** | **various between 1/16/2026 and filing date** | **$11,738.00** |
| | **Address** | | | |
| | **190 Main St., 3rd fl** Street | | | |
| | **Saco, ME 04072** City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| | **Andrew Volk & Debtor** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | **Name of trust or device** | **Describe any property transferred** | **Dates transfers were made** | **Total amount or value** |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor **Portland Hunt & Alpine Club LLC** _____ Case number *(if known)* _____
Name

| 13.1. | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |

<br>

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| **Address** | **Dates of occupancy** |
|---|---|
| 14.1. | |
| Street | From _____ To _____ |
| | |
| City          State     ZIP Code | |

<br>

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|
| 15.1. | | |
| Facility name | | |
| Street | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| City          State     ZIP Code | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

Debtor **Portland Hunt & Alpine Club LLC**                    Case number *(if known)* _____
        Name

| Part 9: | Personally Identifiable Information |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❑ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ❑ No

    ❑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

❑ Yes. Does the debtor serve as plan administrator?

    ❑ No. Go to Part 10.

    ❑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| _____ | EIN: _ _ – _ _ _ _ _ _ |

    Has the plan been terminated?

    ❑ No

    ❑ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |
| 18.1 _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City  State  ZIP Code | XXXX– _ _ _ _ | ❑ Checking<br>❑ Savings<br>❑ Money market<br>❑ Brokerage<br>❑ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor **Portland Hunt & Alpine Club LLC**      Case number *(if known)* _____
     Name

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ❑ No |
| | | | ❑ Yes |
| Name | | | |
| Street | Address | | |
| City   State   ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

❑ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Steel Clad Storage** <br> Name | Volk, Andrew M | surplus furnishings and smallware listed on Schedule A/B | ☑ No |
| **547 Riverside St** <br> Street | | | ❑ Yes |
| **Portland, ME 04103** <br> City   State   ZIP Code | Address <br> **35 Hammond St Apt 3** <br> **Portland, ME 04101** | | |

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| City   State   ZIP Code | | | |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

Debtor  **Portland Hunt & Alpine Club LLC**                                                    Case number *(if known)*
           Name

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

❑ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
|  |  |  | ❑ Pending |
| **Case number** | Name |  | ❑ On appeal |
|  | Street |  | ❑ Concluded |
|  | City          State     ZIP Code |  |  |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

❑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name |  |  |
| Street | Street |  |  |
| City          State     ZIP Code | City          State     ZIP Code |  |  |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

❑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name |  |  |
| Street | Street |  |  |
| City          State     ZIP Code | City          State     ZIP Code |  |  |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    **Portland Hunt & Alpine Club LLC**                                          Case number *(if known)* _____
          Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.
_____        _____    EIN: __ __ – __ __ __ __ __ __ __
Name

_____                                        **Dates business existed**
Street

_____                                        From _____    To _____
City            State    ZIP Code

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Brainstorm Business Services LLC**<br>Name<br>**1434 Spruce St 100**<br>Street<br><br>**Boulder, CO 80302**<br>City            State            ZIP Code | From **2013**    To **present** |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.<br>_____<br>Name<br><br>_____<br>Street<br><br>_____<br>City            State            ZIP Code | From _____    To _____ |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.<br>**Volk, Andrew M.**<br>Name<br>**35 Hammond St Apt 3**<br>Street<br><br>**Portland, ME 04101**<br>City            State            ZIP Code | _____<br>_____<br>_____ |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Debtor  **Portland Hunt & Alpine Club LLC**                                    Case number *(if known)*
_____
Name

| Name and address |
|---|

26d.1. **Bangor Savings Bank**
_____
Name

**PO Box 930**
_____
Street

_____

**Bangor, ME 04402**
_____
City                          State              ZIP Code

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑No

❏Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.   _____

Name

_____
Street

_____

_____
City                          State              ZIP Code

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Volk, Andrew M.** | **35 Hammond St Apt 3 Portland, ME 04101** | **Managing Member, Owner** | **100.00%** |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑No

❏Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____ <br> To _____ |

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

❏No

☑Yes. Identify below.

Debtor    **Portland Hunt & Alpine Club LLC**                                          Case number *(if known)* _____
          Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. **Volk, Andrew M.** _____       _____   _____   _____
      Name

      **35 Hammond St Apt 3** _____
      Street

      _____

      **Portland, ME 04101** _____
      City                    State       ZIP Code

      | Relationship to debtor |
      |---|

      **Owner** _____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
    ☑ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
    ☑ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____**03/12/2026**____
             MM/ DD/ YYYY

**X** /s/ **Andrew M. Volk** _____       Printed name _____**Andrew M. Volk**_____
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____**Member**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**
**PORTLAND DIVISION**

IN RE: **Portland Hunt & Alpine Club LLC**                              CASE NO

                                                                       CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date     **03/12/2026**          Signature                              **/s/ Andrew M. Volk**
                                                                        Andrew M. Volk, Member

American Express
PO Box 981535
El Paso, TX 79998-1535

Andrew M. Volk
35 Hammond St Apt 3
Portland, ME 04101

Andrew M. Volk
35 Hammond St Apt 3
Portland, ME 04101

Autumn Poulin
51 Cole St 1
South Portland, ME 04106

Baldor Specialty Foods
155 Food Center Dr.
Bronx, NY 10474

Bangor Savings Bank
PO Box 930
Bangor, ME 04402

Blake Foster
38 Glenhaven Rd E
Portland, ME 04102

Capfront, LLC
210 Old Country Road Suite 101
Mineola, NY 11501

Capital One Business
PO Box 30285
Salt Lake City, UT 84130-0285

Chase Bank
P.O. Box 15123
Wilmington, DE 19850

Chef's Warehouse
PO Box 22264
New York, NY 10087

Citi
PO Box 6004
Sioux Falls, SD 57117-6004

EG Mechanical LLC
41 Spear Rd
Standish, ME 04084

Emily Taylor
211 State St
Portland, ME 04101

Emily Wall
92 Clark Street
Portland, ME 04102

Eva Kobylar
5 Washington Street
Biddeford, ME 04005

Forward Financing
53 State Street 20 Floor
Boston, MA 02109

Fox Business Funding
803 S 21st Ave.
Hollywood, FL 33020

Giggle Finance
3250 NE 1st Ave Unit 305
Miami, FL 33137

Headway Capital, LLC
175 W. Jackson Blvd. Suite 1000
Chicago, IL 60604

Image First Maine
PO Box 830460
Philadelphia, PA 19182

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Lightspeed
700 Saint-Antoine Street East Suite 300
Montreal, Quebec, H27 1A6 Canada

Lightspeed Capital
225 Dyer Street
Providence, RI 02903

M.R. Brewer
91 Bell St
Portland, ME 04103

Meaghan Chandonnet
10 Morgan Ct
Portland, ME 04103

Noel Ellorin
37 Emery St
Biddeford, ME 04005

Office of the U.S. Attorney
100 Middle Street, Suite 6
Portland, ME 04101

Quinn Williams
12 Smith Street
Portland, ME 04101

Russell Burton
72 Thompson St
South Portland, ME 04101

State of Maine Bureau of
Revenue Services
Compliance Division
PO Box 9107
Augusta, ME 04332-9107

Table 6 Designs
90 Bridge St Suite 2178
Westbrook, ME 04092

Taylor, McCormick & Frame
267 Commercial Street
Portland, ME 04101

Timothy R. Volk
3160 Mt. Philo Rd
Charlotte, VT 05445

Toast, Inc.
333 Summer Street
Boston, MA 02210

U.S. Small Business
Administration
2 North Street Ste. 320
Birmingham, AL 35203

United First, LLC
2999 NE 191st Street Unit 901
Miami, FL 33180

Wholly Cow, LLC
100 Commercial St
Portland, ME 04101

Will Ferguson
91 Congress Street
Portland, ME 04101

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**Portland Hunt & Alpine, LLC**

Debtor

Chapter 11

Case No. 26-

## LIST OF EQUITY SECURITY HOLDERS

Andrew M. Volk                                         100%
35 Hammond St., 3rd Floor
Portland, ME  04101

Page **1** of **1**