UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**Portland Hunt & Alpine, LLC**

Debtor

Chapter 11

Case No. 26-20076

### CORPORATE OWNERSHIP STATEMENT PURSUANT TO
### FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor and debtor-in-possession (the "Debtor") respectfully represents that the following individuals directly or indirectly own 10% or more of any class of the Debtor's equity interests:

Andrew M. Volk                                        100%
35 Hammond St., 3rd Floor
Portland, ME  04101

Date: March 11, 2026

Portland Hunt & Alpine Club, LLC

By: _/s/ *Andrew M. Volk*_____
Andrew M. Volk
Sole Member