UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**Portland Hunt & Alpine, LLC**

Debtor

Chapter 11

Case No. 26-20076

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am the proposed attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

    (a) For legal services, I have agreed to charge debtor, at the outset of this case, my current hourly rate of $400.00, with current paralegal hourly rates of $85.00 to $140.00 plus reasonable expenses permitted under the Bankruptcy Code & Rules.  Representation during the course of the case shall be charged at my and my paralegal's usual hourly rates at the time services are rendered, which rate may differ from the rates noted above.

    (b) Prior to the filing of this statement, I have received $11,738.00.  A total of $10,790.00 was applied for pre-petition fees and costs, including the court filing fee.  The balance of $948.00 is being held in trust pending further court order.

    (c)  Attorneys' fees and costs are to be paid through the Chapter 11 plan are estimated to be between $15,000 and $25,000.

2.  The source of compensation paid to me was:  Debtor and Andrew Volk.

3.  The source of compensation to be paid to me is:  Debtor

4.  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    (a)    consultations regarding bankruptcy;

(b)     preparation of the Petition and Schedules necessary to commence the case;
(c)     preparation of the Chapter 11 Plan;
(d)     attendance at the status conference, § 341 meetings and Rule 2004 examinations;
(e)     negotiations with creditors regarding the Plan;
(f)     attendance at Court hearings for confirmation of the Debtors' Plan; and
(g)     prosecution and defense of any contested matters, motions or adversary proceedings in the Bankruptcy Court necessary for the successful conclusion of the Debtors' Chapter 11 case.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement for payment to me for representation of the debtor in this bankruptcy proceeding.

Dated: March 30, 2026                                    Portland Hunt & Alpine, LLC


BY:  */s/ Tanya Sambatakos*
Tanya Sambatakos, Esq.
Proposed Counsel for the Debtor
Molleur Law Office
190 Main Street, 3rd floor
Saco, ME 04072
(207) 283-3777
tanya@molleurlaw.com